IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,
    Plaintiff,

vs.                                 Case No.:  3:06cv125/RS/EMT

TROY UNIVERSITY, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983 (Doc. 1). Leave to proceed in forma pauperis has been granted (Doc. 6).

    On May 2, 2006, this court entered an order directing Plaintiff to file an amended complaint within thirty (30) days (Doc. 6).  Plaintiff failed to respond to the order, therefore, on June 9, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 7).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 11th day of July 2006.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**