IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,

        Plaintiff,

vs.                                      CASE NO. 3:06cv125/RS

TROY UNIVERSITY,

        Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 8).

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice because of plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on August 18, 2006.

                                                                **/S/ Richard Smoak**
                                                                 **RICHARD SMOAK**
                                                                 **UNITED STATES DISTRICT JUDGE**